

# Case Assignment
## Standard Magistrate Assignment

Case number **3:15MJ-497**

Note: Judge determined by charging documentation.

Assigned on 11/16/2015 11:33:08 AM
Transaction ID: 470

Return