# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                             **CRIMINAL ACTION NUMBER: 3:15-MJ-497**

**DEWAYNE KANAMORE**                                                                         **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on November 16, 2015 to conduct an initial appearance.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, Dewayne Kanamore - Present and in custody<br>Rob Eggert, Retained - Present |
| Court Reporter: | Alan Wernecke |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charge contained therein and was advised of his rights.

The United States having moved for the detention of the defendant;

**IT IS HEREBY ORDERED** that this case is scheduled for a combined preliminary and detention hearing on **Tuesday, November 17, 2015 at 3:30 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the U.S. Marshal pending further order of the Court.

This 16th day of September, 2015        **ENTERED BY ORDER OF THE COURT:**
                                              **DAVE WHALIN**
                                              **UNITED STATES MAGISTRATE JUDGE**
                                              **VANESSA L. ARMSTRONG, CLERK**
                                              **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|05