AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
VANESSA L. ARMSTRONG, CLERK
NOV 16 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 3:15-mj-497 |
| Dewayne Kanamore | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____

Date: _____

_____
Attorney's signature

20473
Printed name and bar number

600 W. Main
Address

reyyert@[...]goomuslaw.com
E-mail address

587-6190
Telephone number

584-1744
FAX number