# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                               **CRIMINAL ACTION NUMBER: 3:15-MJ-497**

**DEWAYNE KANAMORE**                                                                         **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on November 17, 2015 to conduct a combined preliminary and detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, Dewayne Kanamore - Present and in custody<br>Rob Eggert, Retained - Present |
| Court Reporter: | Alan Wernecke |

The Court having heard sworn testimony and arguments from counsel and for the reasons fully stated on the record, found probable cause. Accordingly;

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **Tuesday, December 22, 2015 at 9:30 a.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

As to the matter of detention;

**IT IS FURTHER ORDERED** that the defendant be **detained** and remanded to the custody of the U.S. Marshal pursuant to the Order of Detention to be entered into the record.

This 17th day of November, 2015                **ENTERED BY ORDER OF THE COURT:**
                                               **COLIN H. LINDSAY**
                                               **UNITED STATES MAGISTRATE JUDGE**
                                               **VANESSA L. ARMSTRONG, CLERK**
                                               **BY: /s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

|35