

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DEC 16 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

DEWAYNE KANNAMORE

INDICTMENT

NO. 3:15 CR-140 DJH

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1

On or about November 13, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEWAYNE KANNAMORE**, knowingly and intentionally possessed with the intent to distribute heroin, a Schedule I controlled substance as defined in 21 U.S.C. § 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

### COUNT 2

On or about November 13, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEWAYNE KANNAMORE**, knowingly and intentionally possessed with the intent to distribute methamphetamine, a Schedule II controlled substance as defined in 21 U.S.C. § 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

### COUNT 3

On or about November 13, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEWAYNE KANNAMORE**, during and in relation to a drug trafficking crime, for which a person may be prosecuted in a court of the United States, knowingly carried a firearm, that is, a loaded Ruger, model LCP, .380 caliber semi-automatic pistol, bearing serial number 37639665.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

### COUNT 4

On or about November 13, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEWAYNE KANNAMORE**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

> On or about September 11, 2003, in Jefferson Circuit Court case number 03-CR-161, **KANNAMORE** was convicted of two counts of Burglary 2nd and one count of Robbery 2nd;

> On or about May 5, 2005, in Jefferson Circuit Court case number 05-96-CR-00852, **KANNAMORE** was convicted of Trafficking in a Controlled Substance 1st - cocaine; and

> On or about February 10, 2014, in Jefferson Circuit Court case number 13-CR-025, **KANNAMORE** was convicted of complicity for felon in possession of a handgun

possessed in and affecting commerce, a firearm, that is, a Ruger, model LCP, .380 caliber semi-automatic pistol, bearing serial number 37639665, and ammunition.

2

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A), as alleged in Counts 3 and 4 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **DEWAYNE KANNAMORE**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461, all firearms and ammunition involved in the commission of the offenses, including, but not limited to a Ruger, model LCP, .380 caliber semi-automatic pistol, bearing serial number 37639665, and ammunition.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of 21 U.S.C. § 841(a)(1), as alleged in Counts 1 and 2 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **DEWAYNE KANNAMORE**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offenses, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, including but not limited to the following:

3

a. $2966.00 in United States Currency;
b. one Ruger, model LCP, .380 caliber semi-automatic pistol, bearing serial number 37639665; and
c. ammunition.

A TRUE BILL.

Redacted

FOREPERSON

_____
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:JEL:151208

4

UNITED STATES OF AMERICA v. DEWAYNE KANNAMORE

## PENALTIES

Count 1:  NM 20 yrs./$1,000,000/both/NL 3 yrs./NM Life Supervised Release)
          (with one prior conviction - NM 30 yrs./$2,000,000/both/NL 6 yrs./NM Life Supervised Release)
Count 2:  NM 20 yrs./$1,000,000/both/NL3 yrs./NM Life Supervised Release)
          (with one prior conviction - NM 30 yrs./$2,000,000/both/NL 6 yrs./NM Life Supervised Release)
Count 3:  NL 5 yrs./NM Life consecutive/$250,000/both/NM 5 yrs. Supervised Release
Count 4:  NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
          (with three prior convictions - NL 15 yrs./NM Life/$250,000/both/NM 3 yrs. Supervised Release)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|  | $125 per count/other |  | $400 per count/other |

FINES
In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:   10% of fine balance if payment more than 30 days late.
                       15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA

vs.

DEWAYNE KANNAMORE

## INDICTMENT
Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(C);
Title 18 U.S.C. §§ 924(c)(1)(A); 922(g)(1);
924(a)(2):
Possession with the Intent to Distribute Heroin and Methamphetamine; Carrying a Firearm During and in Relation to a Drug Trafficking Crime; Felon in Possession of a Firearm and Ammunition.

A true bill.

Redacted

Foreperson

*Filed in open court this 16th day, of December, A.D. 2015.*

Clerk

*Bail, $*



FILED
VANESSA L. ARMSTRONG, CLERK

DEC 16 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY