

## Case Assignment
## Standard Criminal Assignment

Case number **3:15CR-140-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 12/16/2015 12:18:40 PM
Transaction ID: 1684

[Request New Judge]  [Return]