UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                              PLAINTIFF

vs.                                                                          CRIMINAL ACTION NO. 3:15CR140-DJH

DEWAYNE KANNAMORE
                                                                                                      DEFENDANT

– *ELECTRONICALLY FILED* –
**MOTION TO CONTINUE TRIAL**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court to continue the trial of the above-referenced case. By Order entered today, the matter is currently set for trial on February 17, 2016. Counsel for the United States has a trial scheduled for the same date in *United States v. Woods*, Criminal Action Number 1:15CR6-GNS. The *Woods* trial date has been scheduled since October 19, 2015. Additionally, laboratory analysis of the controlled substances and firearm seized in conjunction with this investigation/prosecution have not been completed due to backlogs at the laboratory facilities.

The United States requests continuance of the currently scheduled trial pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), to allow reasonable time necessary for effective trial preparation and afford the United States continuity of counsel. Continuances granted due to a testing backlog at law enforcement laboratories are appropriately excluded under the Speedy Trial Act. *See, e.g., United States v. Van Chase*, 137 F.3d 579, 583 (8th Cir. 1998). Counsel has exercised due diligence in this action.

The instant motion is not presented for any improper purpose. There is no intent to unnecessarily delay resolution of the issues before the Court.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

*/s/ Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)

Certificate of Service

I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on December 28, 2015.

*/s/ Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney