UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                              PLAINTIFF

vs.                                  CRIMINAL ACTION NO. 3:15CR140-DJH

DEWAYNE KANNAMORE
                                                  DEFENDANT

## ORDER

      This matter is before the Court on motion of the United States of America to continue the trial currently scheduled in this action for February 17, 2016. The United States seeks the continuance for two reasons. First, counsel for the United States has a scheduling conflict due to a trial in *United States v. Woods*, Criminal Action Number 1:15CR-6-GNS, also scheduled for February 17, 2016. Second, the suspected controlled substances and firearm seized during the investigation are pending analysis in law enforcement laboratories with significant backlogs. The Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

      1. The motion to continue the trial is **GRANTED**. The case is remanded from the trial docket of February 17, 29016;

      2. The interests of justice are best served by allowing the United States continuity of counsel and both parties the opportunity to receive and review laboratory analysis of the suspected controlled substances and firearm seized in connection with the investigation prior to trial;

      3. The time between the filing of the instant motion and the rescheduled trial is excluded from calculations under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); and

      4. The matter is set for trial on _____.