UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL ACTION NO. 3:15-CR-00140-DJH |
| DEWAYNE KANNAMORE | DEFENDANT |

### RESPONSE TO UNITED STATES' MOTION TO CONTINUE

Now comes defendant, Dewayne Kannamore, by counsel, Rob Eggert, and hereby objects to the motion by the United States to continue the trial date in the above-styled case. In support of this motion, the defendant state the following:

1. The United States has moved to continue trial, which is scheduled for February 17, 2016.

2. The government states that it has a trial scheduled on the same date, United States v. Woods. The United States further argues that the government has not had time to conduct a laboratory analysis of the controlled substances and firearm seized in this case.

3. Neither of the grounds offered by the government is sufficient to justify a continuance. At this point, nobody can be sure that the United States v. Woods will proceed to trial. As with any case, it may resolve or be continued for unseen reasons. Regarding delaying the case for testing, Mr. Kannamore is incarcerated without bail.

"Backlogs" at laboratory facilities are hardly a compelling reason to keep Mr. Kannamore incarcerated.  Further, they are not the fault of Mr. Kannamore.

    4.    The defense objects to the continuance and moves that it be denied.

WHEREFORE, the defendant move this Court to enter the attached Order.

                                    **RESPECTFULLY SUBMITTED,**

                                    /s/  **ROB EGGERT**
                                    Rob Eggert
                                    600 West Main Street
                                    Suite 300
                                    Louisville, Kentucky   40202
                                    (502) 589-6190

## CERTIFICATE OF SERVICE

    I hereby certify that on January 4, 2016, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following all attorneys of record.

                                    /s/     *Rob Eggert*
                                    Rob Eggert