UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:15CR-00140-DJH |
| DEWAYNE KANNAMORE | DEFENDANT |

**DEFENDANT'S TRIAL MEMORANDUM**

Comes the defendant, Dewayne Kannamore, through counsel, Rob Eggert, and hereby submits this pre-trial memorandum.

**I. Statutes Involved and Elements of the Offense**

Mr. Kannamore is charged in a four count indictment (DN 11) with possessing with the intent to distribute unspecified amounts of heroin (count 1) and methamphetamine (count 2), both in violation of Title 21 United States Code, §§841(a)(1) and (b)(1)(c), with carrying a firearm in relation to a drug trafficking crime in violation of Title 18 United States Code §924(c)(1)(a), and with being a felon in possession of a firearm in violation of Title 18 United States Code §§922(g)(1) and 924(a)(2).

The elements of 21 U.S.C. 841(a)(1) are:

(1) The defendant possessed with the intent to distribute a mixture or substance containing a controlled substance;

(2) The defendant distributed the controlled substance knowingly; and,

(3) The controlled substance was heroin (count 1) and/or methamphetamine (count 2).

The elements of 18 U.S.C. 924(c)(1)(a) are:

    (1)    That the Defendant committed one or more of the drug trafficking crimes charged in Counts 1 and 2 of the Indictment; and

    (2)    Second, that the Defendant knowingly used, carried, brandished and/or discharged a firearm during and in relation to the commission of the drug trafficking crimes.

The elements of 924(a)(2) are:

    (1)    The defendant has been convicted of a crime punishable by imprisonment for more than one year;

    (2)    The defendant, following his conviction, knowingly possessed a firearm specified in the indictment;

    (3)    That the specified firearm crossed a state line prior to the alleged possession.

## II. Statement of Facts

Mr. Kannamore has pled not guilty to all counts of the Indictment. He respectfully declines to reveal on the record his factual theory of the case, but will discuss same with the Court *ex parte* and *in camera* if needed.

## III. Substantive Issues of Law

The defense is unaware of any substantive issues of law in need of resolution at this time.

## IV. Evidentiary Issues

A recorded statement purportedly made by Mr. Kannamore was disclosed in a letter of Discovery dated January 18, 2016. This statement was allegedly recorded on the date of Mr. Kannamore's arrest. The deadline set by this Court for suppression motions was January 13, 2016 and had already passed when this statement was disclosed. The statement contains

2

mentions of Mr. Kannamore having warrants for his arrest. A motion in limine to exclude mention of any warrants and any prior felonies will be filed by Mr. Kannamore.

In addition, a motion to separate the felon in possession count from the other counts of the indictment will be filed. And, a motion pursuant to *Old Chief v. United States*, 519 U.S. 172, 117 S.Ct. 644 (1997) will be filed to allow Mr. Kannamore to stipulate that he has prior convictions.

The lab reports regarding identification of the seized alleged drugs, and DNA and fingerprint tests have not yet been received. Without having seen the results of these lab tests, Mr. Kannamore cannot predict what evidentiary issues might arise regarding these test results. Without the test results, Mr. Kannamore will challenge the factual basis for the allegations contained in the drug and firearm counts.

The defense is unaware of any other particular evidentiary issues that might arise at trial.

### V. Other Trial Problems

The defense is unaware of other problems that might arise at trial.

### VI. Jury Instructions

Mr. Kannamore is filing proposed jury instructions in a separate pleading.

### VII. Voir Dire

Mr. Kannamore requests that the panel be asked the following question: "Will anyone hold it against Mr. Kannamore that he might have used obscenities in statements that might be attributed to him during this trial?"

If the need for any other particular question makes itself known, Mr. Kannamore will notify the Court by filing a separate pleading.

                    Respectfully Submitted,

                    */s/   **Rob Eggert**
                    Rob Eggert
                    600 West Main Street
                    Suite 300
                    Louisville, Kentucky   40202
                    (502) 589-6190

## CERTIFICATE OF SERVICE

     I hereby certify that on January 27, 2016, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following all attorneys of record.

                    /s/     **Rob Eggert**
                    Rob Eggert