UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                    CRIMINAL ACTION NO. 3:15CR-00140-DJH

DEWAYNE KANNAMORE                                           DEFENDANT

## DEFENDANT'S MOTION FOR LEAVE
## TO FILE LATE MOTION

Comes the defendant, Dewayne Kannamore, through counsel, and moves this Court to accept the late filing of a Motion to Sever and a Motion stipulate his felon status. Discovery in this case was just received last week including a recorded statement of the defendant. Mr. Kannamore also requests an additional seven days to file a motion to suppress his statement.

Respectfully Submitted,

s/ Rob Eggert____
Rob Eggert
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2016, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

s/ Rob Eggert
Rob Eggert