UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

UNITED STATES OF AMERICA                                           PLAINTIFF

VS.                                      CRIMINAL ACTION NO. 3:15CR-00140-DJH

DEWAYNE KANNAMORE                                                 DEFENDANT

## ORDER

Motion having been made, and the Court being otherwise sufficiently advised, it is

HEREBY ORDERED that the Motion for leave to file late motions is granted and the

suppression motion shall be due no later than February 3, 2016.