UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                    CRIMINAL ACTION NO. 3:15CR-00140-DJH

DEWAYNE KANNAMORE                                    DEFENDANT

**DEFENDANT'S MOTION TO SEVER
FELON IN POSSESSION CHARGE**

Comes the defendant, Dewayne Kannamore, through counsel, and moves this Court to sever Count 4 from the other charges in this matter. Count 4 charges that Mr. Kannamore is a felon in possession of a handgun. Mr. Kannamore objects to the jury being informed of his status as a felon during his trial on the other three charges. Such information will be unduly prejudicial. *See*, *United States v. McCarter*, 316 F.3d 536 (5th Cir. 2002). Federal Rule of Criminal Procedure 14 allows "separate trials of counts ... or ... whatever other relief justice requires" if the court concludes that a defendant may be prejudiced by a joinder of offenses. In this case, the evidence against Mr. Kannamore is not overwhelming. The jurors' knowledge of his prior convictions could change the outcome of the case against Mr. Kannamore unfairly.

WHEREFORE, Mr. Kannamore respectfully requests this Court enter the attached Order granting a separate trial on the felon in possession charge in this case. In the alternative, Mr. Kannamore requests that the trial on the felon in possession count be held in a bi-furcated trial.

Respectfully Submitted,

s/ Rob Eggert_____
Rob Eggert
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2016, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

s/ Rob Eggert
Rob Eggert
