UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:15CR-00140-DJH |
| DEWAYNE KANNAMORE | DEFENDANT |

\*\*\* \*\*\* \*\*\*

### DEFENDANT'S NOTICE OF STIPULATION TO PRIOR FELONIES AND MOTION TO EXCLUDE ANY REFERENCE TO OFFICERS' PRIOR KNOWLEDGE OF DEFENDANT AND ANY DETAILS OF PRIOR FELONIES

\*\*\* \*\*\* \*\*\*

Comes the defendant, Dewayne Kannamore, through counsel, and moves this Honorable Court to allow Mr. Kannamore to stipulate to his status as a convicted felon, to exclude any testimony or reference to the officers' prior knowledge of Mr. Kannamore, and to exclude any details of any prior felony convictions. In support of this motion, Mr. Kannamore states the following:

Mr. Kannamore hereby requests he be allowed to stipulate to the fact that he is a convicted felon and to request that the government be prohibited from introducing any evidence as to the name and nature of the felony offense as that would unduly prejudice the defendant. *Old Chief v. United States*, 519 U.S. 172, 117 S.Ct. 644 (1997). In addition, Mr. Kannamore requests that the officers be prohibited from mentioning that they are familiar with Mr. Kannamore through any prior legal dealings. Such references would be irrelevant and thus inadmissible per FRE 402. Any possible probative value would be substantially outweighed by the danger of unfair prejudice and confusion of the issues, thus inadmissible per FRE 403.

**CONCLUSION**

For the reasons stated above, Mr. Kannamore respectfully requests this Court enter the attached Order excluding any reference to the officers' prior knowledge of the defendant and excluding any evidence regarding the names and details of any prior felony offenses.

Respectfully Submitted,

s/ Rob Eggert____
Rob Eggert
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2016, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

s/ Rob Eggert
Rob Eggert
