UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:15CR-00140-DJH |
| DEWAYNE KANNAMORE | DEFENDANT |

**ORDER**

Motion having been made, and the Court being otherwise sufficiently advised, it is HEREBY ORDERED that Mr. Kannamore be allowed to stipulate to his status as a convicted felon for purposes of trial on the charge of being a felon in possession of a handgun. In addition, the government will be prohibited from offering testimony as to details of Mr. Kannamore's prior convictions and his prior dealings with law enforcement.