UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:15CR-00140-DJH |
| DEWAYNE KANNAMORE | DEFENDANT |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE LATE MOTION**

Comes the defendant, Dewayne Kannamore, through counsel, and moves this Court to accept the late filing of his motion to suppress. The statement was received by defense less than 2 weeks ago, and this suppression motion is being offered one day late.

Respectfully Submitted,

s/ Rob Eggert
Rob Eggert
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2016, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

s/ Rob Eggert
Rob Eggert