UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:15CR-00140-DJH |
| DEWAYNE KANNAMORE | DEFENDANT |

**ORDER**

Motion having been made, and the Court being otherwise sufficiently advised, it is HEREBY ORDERED that an evidentiary hearing will be held regarding the defendant's motion to suppress.