UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:15CR-00140-DJH |
| DEWAYNE KANNAMORE | DEFENDANT |

**ORDER**

Motion having been made, and the Court being otherwise sufficiently advised, it is HEREBY ORDERED that the Motion for leave to file late motions is granted and the suppression motion shall be due no later than February 3, 2016.

February 4, 2016

**David J. Hale, Judge**
**United States District Court**