UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:15CR140-DJH |
| DEWAYNE KANNAMORE | DEFENDANT |

## **ORDER**

This matter is before the Court on motion of the defendant, Dewayne Kannamore, to sever the felon in possession charge. The United States responded to the motion and noted its objection thereto. For the reasons set forth more fully in the United States' response, **IT IS ORDERED** that the motion is **DENIED**.