UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA             PLAINTIFF

vs.             CRIMINAL ACTION NO. 3:15CR140-DJH

DEWAYNE KANNAMORE             DEFENDANT

– ELECTRONICALLY FILED –

### RESPONSE TO NOTICE OF STIPULATION AND MOTION TO EXCLUDE ANY REFERENCE TO OFFICERS' PRIOR KNOWLEDGE OF DEFENDANT AND ANY DETAILS OF PRIOR FELONIES

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, in response to the defendant's notice of stipulation regarding prior felonies and motion to exclude any reference to officers' prior knowledge of defendant and any details of prior felonies, and urges the Court to deny the motion as moot.

The United States is well aware of the holding in *Old Chief v. United States*, 519 U.S. 172 (1997). Proof regarding Count 4's element of felony conviction prior to the possession of the firearm should be addressed through a stipulation.

No Order is needed concerning the defendant's second request. The United States is only interested in introducing relevant evidence to prove the elements of each criminal charge. With the exception of Kannamore's status as a prior convicted felon, no evidence of facts or events that precede November 13, 2015, will be offered or elicited by the United States. The motion should

be **DENIED** as moot.

>Respectfully submitted,
>
>JOHN E. KUHN, JR.
>United States Attorney
>
>*/s/ Jo E. Lawless*
>Jo E. Lawless
>Assistant United States Attorney
>717 West Broadway
>Louisville, Kentucky 40202
>(502) 625-7065
>(502) 582-5097 (Fax)

Certificate of Service

    I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on February 15, 2016.

>*/s/ Jo E. Lawless*
>Jo E. Lawless
>Assistant United States Attorney