UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                                                    CRIMINAL ACTION NO. 3:15CR140-DJH

DEWAYNE KANNAMORE                                                                    DEFENDANT

## ORDER

This matter is before the Court on the defendant's notice of stipulation regarding prior felonies and motion to exclude any reference to officers' prior knowledge of defendant and any details of prior felonies. The United States filed a response and urged the Court to deny the motion portion of the filing as moot.

For the reasons set forth more fully in the United States' response, **IT IS ORDERED** that the motion is **DENIED as moot**.