UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                     PLAINTIFF

vs.                                                        CRIMINAL ACTION NO. 3:15CR140-DJH

DEWAYNE KANNAMORE
                                                                              DEFENDANT

− *ELECTRONICALLY FILED* −

## MOTION for ONE-DAY EXTENSION of TIME

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court for a one-day extension of time in which to file its trial memorandum. Counsel has exercised due diligence in this action, but only a few minutes ago received additional case information and discovery. In order to fully review the information and materials and appropriately include all relevant information in the trial memorandum, counsel respectfully requests a one-day extension of time in which to file the required trial memorandum.

The instant motion is not presented for any improper purpose. There is no intent to unnecessarily delay resolution of the issues before the Court.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

*/s/ Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)

<u>Certificate of Service</u>

      I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on February 16, 2016.

                                              /s/ *Jo E. Lawless*
                                              Jo E. Lawless
                                              Assistant United States Attorney