UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                                      CRIMINAL ACTION NO. 3:15CR140-DJH

DEWAYNE KANNAMORE
                                                                                             DEFENDANT

## ORDER

This matter is before the Court on motion of the United States of America for a one-day extension of time in which to file its trial memorandum. The Court being otherwise sufficiently advised, **IT IS ORDERED** that the motion is **GRANTED** and the United States shall file its trial memorandum no later than February 17, 2016.