UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.    Criminal Action No. 3:15-cr-140-DJH

DEWAYNE KANNAMORE, Defendant.

\* \* \* \* \*

## ORDER

The United States has moved for a one-day extension of time to file its trial memorandum in this case. (Docket No. 34) Also pending is a motion to suppress by Defendant Dewayne Kannamore. (D.N. 29) This matter is set for trial on March 8, 2016. (*See* D.N. 27) Accordingly, and the Court being sufficiently advised, it is hereby

**ORDERED** as follows:

(1)  The Motion for a One-Day Extension of Time (D.N. 34) is **GRANTED**. The United States' trial memorandum (D.N. 35) shall be deemed timely filed.

(2)  This matter is set for a hearing on the motion to suppress (D.N. 29) on **March 1, 2016, at 11:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3)  Any reply in support of the motion to suppress shall be filed no later than **February 29, 2016**.

February 18, 2016

David J. Hale, Judge
United States District Court

1