UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                          CRIMINAL ACTION NO. 3:15CR140-DJH

DEWAYNE  KANNAMORE                                              DEFENDANT

## **<u>ORDER</u>**

This matter is before the Court on Dewayne Kannamore's motion to suppress.   (DN 29).

The United States responded to the motion and stated its objections thereto.   For the reasons set

forth more fully in the United States' response, **IT IS ORDERED** that the motion to suppress is

**DENIED** as moot.