UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL ACTION NO. 3:15-CR-00140-DJH |
| DEWAYNE KANNAMORE | DEFENDANT |

MOTION TO WITHDRAW
MOTION TO SUPPRESS

Now comes defendant, Dewayne Kannamore, by counsel, Rob Eggert, and moves this Court to withdraw his previously filed motion to suppress. In support of this motion, the defendant state the following:

1. Upon review of the statement, it is evident that Mr. Kannamore's statements to police are exculpatory. For this reason, the defendant moves this Court to withdraw his motion to suppress.

WHEREFORE, the defendant move this Court to enter the attached Order.

RESPECTFULLY SUBMITTED,

/s/ ROB EGGERT
Rob Eggert
600 West Main Street
Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 29, 2016, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following all attorneys of record.

                                           */s/   Rob Eggert*
                                           Rob Eggert