UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

**UNITED STATES OF AMERICA**                                                                   **PLAINTIFF**

**V.**                                                    **CRIMINAL ACTION NO. 3:15-CR-00140-DJH**

**DEWAYNE KANNAMORE**                                                 **DEFENDANT**

**ORDER**

      **IT IS HEREBY ORDERED** that the foregoing motion is SUSTAINED.

      **IT IS FURTHER ORDERED** that the defendant is permitted to withdraw his previously filed motion to suppress.