UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                          CASE NO. <u>3:15-CR-140-DJH</u>

DEWAYNE KANNAMORE                                            DEFENDANT

## **APPEARANCE OF COUNSEL**

Comes now Patrick J. Renn and enters his appearance herein as counsel for the Defendant, Dewayne Kannamore.

                                                                     Respectfully Submitted,

                                                                     /s/ Patrick J. Renn
                                                                     600 West Main Street, Suite 100
                                                                     Louisville, Kentucky 40202
                                                                     (502) 540-5700
                                                                     (502) 568-3600 (fax)
                                                                     prenn@600westmain.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2015, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

                                                                     /s/ Patrick J. Renn
                                                                     600 West Main Street, Suite 100
                                                                     Louisville, Kentucky 40202
                                                                     (502) 540-5700
                                                                     (502) 568-3600 (fax)
                                                                     prenn@600westmain.com