UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:15-cr-140-DJH |
| DEWAYNE KANNAMORE, | Defendant. |

\* \* \* \* \*

## ORDER

Defendant Dewayne Kannamore has filed a motion to withdraw his previously filed Motion to Suppress. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the Motion to Withdraw (Docket No. 40) is **GRANTED**. Defendant's Motion to Suppress Statements (D.N. 29) is **DENIED** without prejudice as moot. The hearing on the motion to suppress set for March 1, 2016, is **REMANDED** from the Court's docket.

February 29, 2016

**David J. Hale, Judge**
**United States District Court**

1