UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                  Criminal Action No. 3:15-cr-140-DJH

DEWAYNE KANNAMORE,                                                                       Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on March 1, 2016, with the following counsel participating:

    For the United States:    Jo E. Lawless

    For Defendant:    Patrick J. Renn

Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a pretrial conference on **March 7, 2016, at 10:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.  Counsel who will try the case shall attend the pretrial conference.

March 1, 2016

                                                              **David J. Hale, Judge**
                                                        **United States District Court**

Court time: 00/10
Court reporter: Dena Legg