UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:15-cr-140-DJH

DEWAYNE KANNAMORE,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

This matter came before the Court for a sentencing hearing on June 1, 2016, with the following counsel participating:

| | |
|---|---|
| For the United States: | Jo Lawless |
| For Defendant: | Patrick Renn<br>Rob Eggert |

Based on discussion with counsel, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the sentencing hearing is **CONTINUED** to **June 21, 2016, at 2:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. No later than **June 16, 2016**, the parties shall submit simultaneous briefs outlining their sentencing positions. There shall be no responses.

June 1, 2016

*[Signature]*

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/25
Court Reporter: Dena Legg

1