UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:15-cr-140-DJH

DEWAYNE KANNAMORE,     Defendant.

\* \* \* \* \*

## ORDER

The parties have submitted briefs outlining their sentencing positions in accordance with the Court's Order of June 2, 2016 (Docket No. 54). Consistent with the Court's practice in other cases, the Clerk of the Court is **DIRECTED** to place Docket Nos. 55, 56, and 57 **UNDER SEAL**.

June 18, 2016

**David J. Hale, Judge**
**United States District Court**