**FILED**
VANESSA L. ARMSTRONG

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JUN 21 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                          Criminal Action No. 3:15-cr-140-DJH

DEWAYNE KANNAMORE,                                          Defendant.

\*   \*   \*   \*   \*

## ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived

the right to appeal the sentence I just received from the Court.

June 21, 2016
Date

_____
Defendant's Signature