USDC KYWD 245B (Rev. 02/16) Judgment in a Criminal Case Sheet 2 - Imprisonment

Judgment — Page 3 of 7

**DEFENDANT: Kannamore, Dewayne**
**CASE NUMBER: 3:15-CR-140-1-DJH**

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 26 2016
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 60 months as to each of Counts 1 and 2 in the Indictment, which shall be served concurrently, for a total term of 60 months imprisonment. The term of imprisonment shall run concurrently with any undischarged state sentence.

☒ The Court makes the following recommendations to the Bureau of Prisons: the defendant should be evaluated for participation in the Residential Drug Abuse Program (RDAP).

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at      A.M. / P.M. on

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ Before 2:00 p.m. on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

☐ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **7-21-2016** To **FCI Beckley**

at **Beaver, WV**, with a certified copy of this judgment.

D. L. Young, Warden
UNITED STATES MARSHAL

By _(signature)_
Deputy U.S. Marshal