3:15CR140

DEWAYNE KANNAMORE
Register Number #16551-033
Case Number: 3:15-MJ-00497-CHL

I'm request my sentence transcripts so I can do some research on my case. My Freedom mean a whole lot to me so if you don't mind will you send me a copy. Thank you for your time and have a wonderful day at work please...

U.S. ATTORNEY
W.D. OF KY
2018 JAN 29  AM 9:32

1-21-18

Dewayne Kannamore #16551-033
United State penitentiary canaan
P.O. Box - 300
Waymart, PA. 18472

LEHIGH VALLEY PA 180
22 JAN 2018 PM 3 L

THIS CORRESPONDENCE IS FROM AN INMATE CURRENTLY IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS

Clerk U.S. District court
Office
717 W. Broadway
Louisville, Ky. 40202

40202-221517