UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                                                           CRIMINAL ACTION NO. 3:15CR-140-DJH

DEWAYNE KANNAMORE                                                             DEFENDANT

*– Filed Electronically –*
**MOTION TO DISMISS**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court to dismiss the instant case as the defendant is deceased. *See* Sealed Exhibit A.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
Fax (502) 582-5097

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney