UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                PLAINTIFF

*vs.*                                              CRIMINAL ACTION NO. 3:15CR-140-DJH

DEWAYNE KANNAMORE                                                      DEFENDANT

## **ORDER**

This matter is before the Court on motion of the United States of America to dismiss the

instant case due to the defendant's death. **IT IS ORDERED** that the motion is **GRANTED**.