UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:15-cr-140-DJH

DEWAYNE KANNAMORE, Defendant.

\* \* \* \* \*

## ORDER

The United States having moved to dismiss this matter, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The motion to dismiss (Docket No. 73) is **GRANTED**. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

(2) The motion to seal (D.N. 74) is **GRANTED**. Docket No. 75 shall remain under seal.

March 10, 2022

David J. Hale, Judge
United States District Court

1