Case 3:15-cr-00140-DJH   Document 77   Filed 03/29/22   Page 1 of 1 PageID #: 285

Case 3:15-cr-00140-DJH   Document 76   Filed 03/11/22   Page 1 of 1 PageID #: 284

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                           Plaintiff,

v.                                                              Criminal Action No. 3:15-cr-140-DJH

DEWAYNE KANNAMORE,                                                                  Defendant.

\* \* \* \* \*

### ORDER

The United States having moved to dismiss this matter, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   The motion to dismiss (Docket No. 73) is **GRANTED**. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

(2)   The motion to seal (D.N. 74) is **GRANTED**. Docket No. 75 shall remain under seal.

March 10, 2022

---

OFFICE OF THE CLERK
[S]TATES DISTRICT COURT
[Gene] Snyder U.S. Courthouse
[6]01 W. Broadway
[Louis]ville, KY 40202-2249

OFFICIAL BUSINESS

RTS

LOUISVILLE KY 400
11 MAR 2022 PM 3 L

Hasler  03/11/2022  US POSTAGE  $00.53⁰   FIRST-CLASS MAIL

ZIP 40202
011D11644694

3:15-cr-00140-DJH DN 76
Dewayne Kannamore 16551-033
CANAAN U.S. PENITENTIARY-Inmate Mail/Parcels
P.O. BOX 300
WAYMART, PA 18472

FILED
JAMES J. VILT, JR. - CLERK
MAR 29 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



NIXIE        171   DE 1           0003/23/22
        RETURN TO SENDER
              REFUSED
         UNABLE TO FORWARD

BC: 40202Z24999        *1670-02526-11-59